# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEISHA D. LEBLANC

NO. 2022 KW 0622

AUGUST 12, 2022

---

In Re:    Keisha D. LeBlanc, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 220,134.

---

BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.

**WRIT DENIED.** The purpose of a preliminary examination is not to determine the sufficiency of the charges against a defendant. In this case, the district court did not find probable cause and ordered, as required by law, that relator be released from her bond obligation. At that point, the purpose of the preliminary examination had been fulfilled.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_asnl_

DEPUTY CLERK OF COURT
FOR THE COURT